## JOHN W. BURNETT *versus* JOHN JACOB ASTOR, RAMSAY CROOKS AND ROBERT STUART, TRADING UNDER THE FIRM OF THE AMERICAN FUR COMPANY

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 258; (2) death of plaintiff suggested *p. 272; (3) motion for continuance overruled, proceedings stayed *p. 336.
PAPERS IN FILE: [None]
*1821 Calendar*, MS p. 3.